THE LAW OFFICES OF GUGLIOTTA & PONZINI

John C. Gugliotta, Esq.
901 Dove Street, Suite 120
Newport Beach, California 92660
(914) 813-1700
Gugliottalaw@optonline.net

*Attorneys for Plaintiffs*
PROVISION INTERACTIVE
TECHNOLOGIES, INC., *and*
PROVISION HOLDING, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVISION INTERACTIVE TECHNOLOGIES, INC., and PROVISION HOLDING, INC., Plaintiffs, | Case No.: 2:18-cv-06547-FMO-FFM |
| -against- | **APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| PROSPERITY INVESTMENTS, LLC, and HAROLD JAHN, Defendants. | **Date:** November 29<br>**Time:** 10:00 a.m.<br>**Courtroom:** 6D |

TO: DEFENDANTS PROSPERITY INVESTMENTS, LLC AND HAROLD JAHN AND THEIR ATTORNEY OF RECORD

PLEASE TAKE NOTICE THAT on November 29, 2018, at 10:00 a.m, or as soon thereafter as this matter may be heard by the above-entitled Court, located at 350 West 1st Street, 6th Floor, Los Angeles, California 90012, in Courtroom 6D, Plaintiffs will present their application for a default judgment against defendants Prosperity Investments, LLC ("Prosperity") and Harold

Jahn ("Jahn") (collectively referred to herein as the "Defendants"). The clerk has previously entered the default of said Defendants on September 27, 2018.

At the time and place of hearing, Plaintiffs Provision Interactive Technologies, Inc. ("Provision") and Provision Holding, Inc. ("Provision Holding") (collectively referred to herein as the "Plaintiffs") will present proof of the following matters.

1. Defendants Prosperity and Jahn are not minors or incompetent persons or in military service or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521); and
2. Said Defendants have not appeared in this action;
3. Notice of this application for default judgment by court was served on said Defendants on October 12, 2018 by federal express overnight mail.
4. Plaintiffs are entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit:
5. The amount of judgment sought is the sum of $45,282,400 as set forth in the attached declaration of Curt Thornton.

This Application is based on this Notice, the attached declaration of Curt Thornton, and the pleadings, files and other matters that may be presented at the hearing.

Dated: New York, New York
October 11, 2018

THE LAW OFFICES OF GUGLIOTTA & PONZINI
By: /s/ John C. Gugliotta, Esq.
John C. Gugliotta, Esq.
901 Dove Street, Suite 120
Newport Beach, California 92660
(914) 813-1700
Gugliottalaw@optonline.net

*Attorneys for Plaintiffs*
PROVISION INTERACTIVE TECHNOLOGIES, INC., *and* PROVISION HOLDING, INC.