JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROVISION INTERACTIVE TECHNOLOGIES, INC., et al., Plaintiffs, v. PROSPERITY INVESTMENTS, LLC, et al., Defendants. | Case No. CV 18-6547 FMO (FFMx) **JUDGMENT** |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Prosperity Investments, LLC, shall pay plaintiff Provision Interactive Technologies, Inc., the amount of $24,600, and shall pay plaintiff Provision Holding, Inc., the amount of $24,600.

Dated this 19th day of July, 2019.

/s/
Fernando M. Olguin
United States District Judge