FILED
CLERK, U.S. DISTRICT COURT
10/18/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PROVISION INTERACTIVE TECHNOLOGIES, INC., et al.,

Plaintiffs,

v.

PROSPERITY INVESTMENTS, LLC, et al.,

Defendants.

Case No. CV 18-6547 FMO (FFMx)

**AMENDED JUDGMENT**

Pursuant to the Court's Order Re: Motion for Reconsideration, filed contemporaneously with the filing of this Amended Judgment, IT IS ADJUDGED THAT defendant Prosperity Investments, LLC, shall pay plaintiff Provision Interactive Technologies, Inc., the amount of $24,600, and shall pay plaintiff Provision Holding, Inc., the amount of $458,600.

Dated this 18th day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge